# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In Re:   Andrew Tobin Paulk                                                                 Chapter 13

Case No.: 19-72779-SCS

Debtor(s)

SSN:    XXX-XX-7544

## MOTION AND NOTICE TO ALLOW CLAIMS

**This pleading is being served by means of first class mail postage pre-paid on all creditors and parties in interest. It contains important information, and should be reviewed by you. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** According to the records of R. Clinton Stackhouse, Jr., Chapter 13 Trustee, the creditors set out below have filed claims seeking distribution from the estate. Each of the claims will be allowed as recited below unless on or before twenty one (21) days following the date of this Notice, a party in interest objects pursuant to the applicable provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure. Upon expiration of the twenty one (21) day period, an Order will be presented to the Court granting the Motion. You will not receive a copy of the Order, but may review it at the Bankruptcy Court Clerk's Office during business hours. You may also obtain a copy of the Order from the Chapter 13 Trustee. The name, address, and other pertinent information regarding the claims follows.

| Claim# | Creditor Name | Date Filed | Claim Allowed | % Interest | Type |
|---|---|---|---|---|---|
|  | Ras Crane, LlC<br>Attn: Bankruptcy Dept<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA  30097 | "Claim Not Filed" | $0.00 | 0.00%<br>"No Interest" | Notice Of Appearance |
| 1 | Americredit Financial Services Inc<br>dba GM Financial<br>PO Box 183853<br>Arlington, TX  76096 | 23-Aug-2019 | $26,919.64 | 6.00% | Secured - Vehicle W/Permo |
| 4/4-2 | Rushmore Loan Management Services<br>PO Box 52708<br>Irvine, CA  92619-2708 | 18-Oct-2019 | $67,437.61 | 0.00%<br>"No Interest" | Prepetition Arrears |
|  | Shapiro & Brown<br>10021 Balls Ford Rd Ste 200<br>Manassas, VA  20109 | "Claim Not Filed" | $0.00 | 0.00%<br>"No Interest" | Notice Only |
| 2/2-4 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA  19101-7317 | 05-Mar-2020 | $782.35 | 0.00%<br>"No Interest" | Priority |
| 3 | Direct TV<br>by American InfoSource LP as agent<br>PO Box 5008<br>Carol Stream, IL  60197-5008 | 24-Sep-2019 | $755.12 | 0.00%<br>"No Interest" | Unsecured |
|  | Direct TV<br>PO BOX 129<br>THOROFARE, NJ  08086 | "Claim Not Filed" | $0.00 | 0.00%<br>"No Interest" | Notice Only |
|  | Edge Park Med. Supplies<br>Po Box 639457<br>Cincinnati, OH  23322-5800 | "Claim Not Filed" | $0.00 | 0.00%<br>"No Interest" | Unsecured |
|  | Kimberly Paulk<br>512 Archer Dr<br>Chesapeake, VA  23322-5800 | "Claim Not Filed" | $0.00 | 0.00%<br>"No Interest" | Notice Only |

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, Virginia 23435
(757) 333-4000

Continued on next page...

| Claim# | Creditor Name | Date Filed | Claim Allowed | % Interest | Type |
|---|---|---|---|---|---|
| 2/2-4 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA  19101-7317 | 05-Mar-2020 | $24,803.71 | 0.00%<br>"No Interest" | Unsecured |
| | Selene Finance LP<br>9990 Richmond Ave, Suite 400 South<br>South Houston, TX  77042-8500 | "Claim Not Filed" | $0.00 | 0.00%<br>"No Interest" | Agreed Order And/Or Other Court |
| | Heather D. McGivern<br>Orlans PC<br>Po Box 2548<br>Leesburg, VA  20177 | "Claim Not Filed" | $0.00 | 0.00%<br>"No Interest" | Notice Of Appearance |

19-72779-SCS                                                                                                   Last page of report.

WHEREFORE, your trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution indicated above.

DATED:  August 14, 2020
19-72779-SCS

/s/ R. Clinton Stackhouse, Jr.
_____
R. Clinton Stackhouse, Jr.
Chapter 13 Trustee

## Certificate of Service

I hereby certify that on August 14, 2020, I have transmitted a true copy of the foregoing Notice and Motion to Allow Claims with the clerk using the CM/ECF system, which will then send electronic notification of such filing to Kenneth E Goolsby, Esquire, counsel for the Debtor(s), and that a true copy was mailed, first-class mail, postage prepaid to the Debtor(s) Andrew Tobin Paulk, 512 Archer Dr, Chesapeake, VA, 23322, to all creditors at the addresses listed in the Motion, and to the addtitional addresses listed on the matrix included with the Motion filed with the bankruptcy court.

/s/ R. Clinton Stackhouse, Jr.
_____
R. Clinton Stackhouse, Jr.
Chapter 13 Trustee

**MAILING MATRIX FOR MOTION AND NOTICE TO ALLOW CLAIMS**

**Case #: 19-72779-SCS    Date: 08/14/2020**

Andrew Tobin Paulk
512 Archer Dr
Chesapeake, VA  23322

Kenneth E Goolsby, Esquire
133 Mount Pleasant Rd
Chesapeake, VA  23322

Americredit Financial Services Inc
dba GM Financial
PO Box 183853
Arlington, TX  76096

Direct TV
PO BOX 129
THOROFARE, NJ  08086

Direct TV
by American InfoSource LP as agent
PO Box 5008
Carol Stream, IL  60197-5008

Directv LLC
American InfoSource LP as Agent for
4515 N Santa Fe Ave
Oklahoma City, OK  73118

Edge Park Med. Supplies
Po Box 639457
Cincinnati, OH  23322-5800

Heather D. McGivern
Orlans PC
Po Box 2548
Leesburg, VA  20177

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Internal Revenue Service
PO Box 7317
Philadelphia, PA  19101-7317

Kimberly Paulk
512 Archer Dr
Chesapeake, VA  23322-5800

Ras Crane, LIC
Attn: Bankruptcy Dept
10700 Abbott's Bridge Road, Suite 170
Duluth, GA  30097

Rushmore Loan Management Services
PO Box 55004
Irvine, CA  92619-2708

Rushmore Loan Management Services
PO Box 52708
Irvine, CA  92619-2708

Selene Finance LP
9990 Richmond Ave, Suite 400 South
South Houston, TX  77042-8500

Shapiro & Brown
10021 Balls Ford Rd Ste 200
Manassas, VA  20109

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In Re:    Andrew Tobin Paulk                                                                                           Chapter 13

                                                                                                              Case No.:  19-72779-SCS

Debtor(s)

      SSN:    XXX-XX-7544

**ORDER APPROVING CLAIMS**

      Upon the Motion To Allow Claims, no adverse interest appearing, the Court finds that the matters stated therein are true and, that;

      Pursuant to 11 U.S.C. 502(a) the claims which have been filed as recited in said motion are deemed allowed unless objection is made by the parties receiving the motion; it is therefore,

      ORDERED, that within five (5) days, a copy of this order and of the annexed motion be mailed to the debtor(s) and to the debtors' attorney of record, and that the debtor(s) be given thirty days from the date of this order within which to examine the proofs of claim and to file a written objection to any claim which may be improper.  The absence of a timely written objection will be deemed an approval by the debtor(s) of the claims as recited in the Motion.  Following entry of this Order, any creditor may file an amended claim to reduce the amount claimed.  Any amended claim purporting to increase the amount of any claim allowed by this Order shall be allowed only upon separate order of the Court.  Any claim not filed as of the date of entry of this Order shall not be allowed, except upon further order of the Court.  Any objection to claim filed after entry of this Order shall make specific reference to this Order, in plain language, so as to advise any creditor or other affected party that the provisions of this Order, as they relate to that specific claim or claims, will be changed if the objection to claim is sustained.

      The Clerk shall send a copy of this Order to R. Clinton Stackhouse, Jr., Chapter 13 Trustee, 7021 Harbour View Boulevard, Suite 101, Suffolk, Virginia 23435, the attorney for the debtor(s) and the debtor(s).

Dated: _____                               _____
                                                                                                              Judge


                                                                                                              _____
                                                                                                              Entry of Judgement or Order


R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, Virginia 23435
(757) 333-4000